# DIVIDENDS REMITTED TO THE COURT  *RECEIPT # 152383*

Case Number 09-20477 - MENCKE, MATTHEW DAVID

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 000001 | 846.13 | *CK# 116* 4.43 |
| Pyramed Healthcare Group, Ltd.<br>1120 E. Broad St.<br>PO Box 30<br>Elyria, OH 44036 | 000002 | 268.42 | *117* 1.41 |
| Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090 | 000004 | 142.34 | *119* 0.75 |
| Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090 | 000005 | 147.20 | *120* 0.77 |
| Sprint Nextel Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | 000012 | 237.53 | *125* 1.25 |
| ---------- Remittance Total ---------------- | | 1,641.62 | 8.61 |

LAUREN A. HELBLING, Trustee

2011 MAY 18 PM 3: 12
U.S. ... COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND